IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **ERNEST INGRAM,** | * | |
| Petitioner, | * | |
| v. | | Civil Case No.: GJH-17-3064 |
| | * | Criminal Case No.: GJH-15-392 |
| **UNITED STATES OF AMERICA,** | | |
| | * | |
| Respondent. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM OPINION AND ORDER**

*Pro Se* Petitioner Ernest Ingram was sentenced to 87 months of imprisonment after he pleaded guilty to two counts of interference with interstate commerce by robbery. ECF Nos. 66,87. On April 17, 2020, the Court denied Plaintiff's Motion under 28 § U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. ECF No. 147. In so doing, however, the Court neglected to address the issue of whether a Certificate of Appealability was appropriate.

Pursuant to Rule 11(a) of the Rules Governing Proceedings under 28 U.S.C. § 2255, the court is required to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. A certificate of appealability is a "jurisdictional prerequisite" to an appeal from the court's earlier order. *United States v. Hadden*, 475 F.3d 652, 659 (4th Cir. 2007). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of constitutional right." 28 U.S.C. § 2253(c)(2). Where the court denies petitioner's motion on its merits, a petitioner satisfies this standard by demonstrating that reasonable jurists would find the court's assessment of the constitutional claims debatable or wrong. *See Slack v.*

*McDaniel*, 529 U.S. 473, 484 (2000); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336–38 (2003).

   IT IS HERBEY ORDERED THAT because reasonable jurists would not find Petitioner's claim debatable, no certificate appealability will issue.[1]

Date: <u>September 28, 2020</u>             __/s/_____
                        GEORGE J. HAZEL
                        United States District Judge

---

[1] Ingram may still request a certificate of appealability from the United States Court of Appeals for the Fourth Circuit. *See* 28 U.S.C. § 2253(c)(1); *Lyons v. Lee*, 316 F.3d 528, 532 (4th Cir. 2003).